UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

<u>Sushma Anand Akoju</u>

    v.                           Civil No. 26-cv-101-LM-TSM

<u>University of New Hampshire, et al.</u>

<u>O R D E R</u>

On February 12, 2026, the court held a status conference in this case. Sushma Anand Akoju appeared on her own behalf, and Attorneys Chad Pimentel and Karyl Martin appeared for Defendant University System of New Hampshire. The University clarified that no update to Akoju's enrollment status (within SEVIS) will occur until February 27, 2026.

In light of the emergency posture of this matter, the University agreed to maintain the status quo with respect to Akoju's housing in the interim period before the court schedules a hearing and issues a ruling on the motion for a TRO — so long as the hearing and ruling occur before the end of this month. The University further agreed to waive the bond requirement.

The University intends to retain outside counsel to represent it in this matter. Once counsel for defendant files an appearance, the court will schedule a further conference to take place next week. The court anticipates issuing a

scheduling order following that conference that places the matter on track for emergency hearing and ruling before February 27, 2026.

    SO ORDERED.

_____
Landya McCafferty
United States District Judge

February 13, 2026

cc:   Sushma Anand Akoju, pro se
      Counsel of Record